

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

David S. Dukes,

    Defendant.
_____/

Case: 4:21-cr-20651
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 10-20-2021
SEALED MATTER (tt)

Violations:
18 U.S.C. § 922(g)(1)

**INDICTMENT**

FILED
OCT 20 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

THE GRAND JURY CHARGES:

### Count One
### 18 U.S.C. § 922(g)(1)
### Felon in Possession of a firearm

1.    On or about August 17, 2021, in the Eastern District of Michigan, defendant, David Dukes, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, and knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed, in and affecting interstate commerce, a firearm, that is, a Sturm, Ruger & Co., model SR22, .22 caliber, semi-automatic pistol.

All in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

2. Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment, including but not limited to a Sturm, Ruger & Co., model SR22, .22 caliber, semi-automatic pistol bearing serial number 36694035, and ammunition.

3. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL
*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

*s/Anthony P. Vance*
ANTHONY VANCE
Chief, Branch Offices

*s/Blaine Longsworth*
BLAINE LONGSWORTH
Assistant United States Attorney

Dated: October 20, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials: BL** |

**Case Title:** USA v. David S. Dukes

**County where offense occurred:** Genesee

**Offense Type:** Felony

Case: 4:21-cr-20651
Judge: Leitman, Matthew F.
MJ: Ivy, Curtis
Filed: 10-20-2021
SEALED MATTER (tt)

## Superseding Case Information

**Superseding to Case No:**     **Judge:**

   **Reason:**

**Defendant Name**     **Charges**     **Prior Complaint (if applicable)**

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

October 20, 2021
Date

*s/Blaine Longsworth*

Blaine Longsworth
Assistant United States Attorney
600 Church Street
Flint, MI 48502
blaine.longsworth@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.